IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY SWEENEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COUNTY OF BUTLER d/b/a BUTLER COUNTY )<br>PRISON )<br>Defendant. ) | Civil Action No. 2:20-CV-1451<br><br>*Electronically Filed* |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Jeffrey Sweeney and by Defendant County of Butler d/b/a Butler County Prison, through their counsels, that this matter shall be dismissed in its entirety with prejudice and each party is to bear its own costs and attorneys' fees.

Respectfully submitted,	Date: May 24, 2021

*/s/ Stephanie L. Solomon*
Stephanie L. Solomon, Esq.
PA Attorney ID No. 208056
ssolomon@hkm.com

HKM Employment Attorneys, LLP
220 Grant Street
Suite 401
Pittsburgh, PA 15219
Telephone: (412) 760-7802

*Attorney for Plaintiff*

*/s/ Christopher P. Gabriel*
Christopher P. Gabriel
PA I.D. 92975
cgabriel@cfwwg.com

Stephanie L. Fera
PA I.D. 314392
sfera@cfwwg.com

Cafardi Ferguson Wyrick Weis + Gabriel LLC
2605 Nicholson Road, Suite 2201
Sewickley, PA 15143
Telephone: (412) 515-8900

*Attorneys for Defendant*